No. 24-0301
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| THE BUCKEYE INSTITUTE,<br><br>    Plaintiff-Respondent,<br><br>v.<br><br>INTERNAL REVENUE SERVICE; DANNY WERFEL, in his official capacity as Commissioner of Internal Revenue; UNITED STATES DEPARTMENT OF THE TREASURY; and JANET YELLEN, in her official capacity as Secretary of the Treasury,<br><br>    Defendants-Petitioners. | On certification from the United States District Court for the Southern District of Ohio<br>Dist. Ct. Case No. 2:22-cv-4297 |

**RESPONDENT'S ANSWER TO PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. § 1292(b)**

The Buckeye Institute does not oppose the government's petition for permission to appeal under 28 U.S.C. § 1292(b). While Buckeye does not agree with how the government characterizes some of the relevant case law, Buckeye does not disagree with the conclusion that

determining which standard of review applies meets the criteria for an appeal under 28 U.S.C. § 1292(b).

Dated: March 18, 2024

Jay R. Carson
Robert Alt
David C. Tryon
THE BUCKEYE INSTITUTE
88 East Broad Street, Suite 1300
Columbus, OH 43125

Respectfully submitted,

/s/ Brett R. Nolan
Alan Gura
Brett R. Nolan
Charles M. Miller
THE INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., Suite 801
Washington, DC 20036
(202) 301-3300
bnolan@ifs.org

*Counsel for The Buckeye Institute*

# CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g) and 6th Cir. R. 32, I certify that this paper complies with the type-volume limitation in Fed. R. App. 5(c) because it contains 59 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This paper complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because it has been prepared in a proportionally spaced Serif typeface, Century Schoolbook, in 14-point font using Microsoft Word.

/s/ Brett R. Nolan

# CERTIFICATE OF SERVICE

I certify that on March 18, 2024, I electronically filed this paper with the Clerk of the Court of the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Brett R. Nolan