No. 24-0301

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 14, 2025
KELLY L. STEPHENS, Clerk

In re: INTERNAL REVENUE SERVICE, et al.,

    Petitioners.

Before: SUTTON, Chief Judge; BOGGS and SILER, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Southern District of Ohio at Columbus.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for permission to appeal is GRANTED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk